IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL PIERCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 3:07-cv-00798-MJR-DGW |
| | ) |
| ALAN UCHTMAN, et al. | ) |
| | ) |
| Defendants | ) |

## SCHEDULING AND DISCOVERY ORDER

The following discovery schedule shall apply in this case:

1. All motions to join parties or to amend pleadings shall be filed by **August 5, 2009.**

2. All discovery, including disclosure of expert testimony in accordance with Federal Rule of Civil Procedure 26(a)(2), shall be completed by **January 8, 2010.**

3. Dispositive motions shall be filed by **February 5, 2010.**

4. Since all parties are represented by counsel, they are expected to adhere to the requirements in the Court's **Order Regarding Discovery** should any discovery disputes arise.

**IT IS SO ORDERED.**

**DATED:  June 25, 2009**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**