IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CARL PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:07-cv-00798-MJR-DGW |
| | ) | |
| ALAN UCHTMAN, et al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER REGARDING DISCOVERY**

In the interest of reducing delay and expense, it is **ORDERED** that discovery disputes that cannot be resolved through informal means pursuant to Federal Rule of Civil Procedure 37 shall be handled in the following manner:  The party with the discovery dispute shall contact Karen L. Brooks, Law Clerk to Judge Wilkerson, at (618) 482-9278, to schedule a telephonic conference call with the Court and opposing counsel.  If the dispute involves written discovery, the disputed portion(s) shall be submitted to the Court by e-mail (Karen_Brooks@ilsd.uscourts.gov) or faxed to the Court (if less than twenty pages) at (618) 482-9277, prior to the telephonic conference.  The party with the discovery dispute shall be responsible for initiating the conference call.  The Court's teleconference number is (618) 482-9004.  Written motions to compel or legal memoranda will <u>not</u> be accepted unless specifically requested by the Court.  Expense of the call will be borne by the non-prevailing party.  The parties are directed to this court's webpage, http://www.ilsd.uscourts.gov/Judges/wilkersonpretrial.html, for additional information and specific procedures regarding discovery disputes. **Consult this Court's**

webpage **BEFORE** contacting chambers with questions.

**IT IS SO ORDERED:**

**DATED:  June 25, 2009**

s/ *Donald G. Wilkerson*
**United States Magistrate Judge**
**Donald G. Wilkerson**